IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**REGIONS BANK d/b/a REGIONS MORTGAGE**                              PLAINTIFF

V.                              CASE NO. 3:22-CV-3001

**KEVIN CREEKMORE; AMY CREEKMORE;
ANGIE MARIE BROWN, Heir of Irene Thomas;
JASON SCOTT MANEN, Heir of Irene Thomas
f/k/a JASON ACOTT MANEN;
MELISSA LYNN PECK, Heir of Irene Thomas
f/k/a MELISSA MANEN PECK; and
DANIEL HOWARD THOMAS, Heir of Irene Thomas,
Executor of the Estate of Irene Thomas and
Successor Trustee of the Thomas Family Living Trust**                DEFENDANTS

## ORDER OF SALE

On August 16, 2023, the Court issued an Opinion and Order granting Plaintiff Regions Bank d/b/a Regions Mortgage's motion for summary judgment. Then, on November 30, 2023, the Court entered a final Judgment in favor of Regions Bank d/b/a Regions Mortgage against Defendants Kevin Creekmore and Amy Creekmore, finding that they are in default of the Note securing the real property at 823 W. Alma Ave., Harrison, Arkansas 72601, more particularly described as:

> A part of Lots 5A, 5B, 6A, 6B, Block 14, Holt`s Paradise Addition, a part of vacated North Oak Street lying East of said Block 14 and a part of vacated West Alma Street lying South of said Block 14, all to City of Harrison, Boone County, Arkansas, more particularly described as follows: Commencing at the Northeast Corner of Block 13, Holts Paradise Addition, thence North 00 degrees 46 minutes 49 seconds East 14.50 feet to the Point of Beginning, thence South 89 degrees 58 minutes 27 seconds West 69.71 feet, thence North 01 degree 38 minutes 57 seconds East 36.39 feet to the North line of said vacated West Alma Street, thence leaving said North line North 01 degree 38 minutes 57 seconds East 99.13 feet the North line of said Lot 5A of Block 14, thence with said North line of Lot 5A South 89 degrees 17 minutes 51 seconds East 67.65 feet to the Northeast Corner of said Lot 5A and West line of vacated North Oak Street, thence South 89 degrees 17

minutes 51 seconds East 25.00 feet to the centerline of said vacated North Oak Street, thence with said centerline South 00 degrees 46 minutes 49 seconds West 99.12 feet, thence leaving said centerline of vacated North Oak Street, North 89 degrees 17 minutes 51 seconds West 25.00 feet to the Southeast Corner of said Block 14, thence South 00 degrees 46 minutes 49 seconds West 35.50 feet to the Point of Beginning and containing 11,752.85 square feet and subject to existing easements and Rights-of-Way. Also subject to a driveway easement located in vacated West Alma Street more particularly described as follows: Commencing at the Northeast Corner of said Block 13, thence North 00 degrees 46 minutes 49 seconds East 14.50 feet to the Point of Beginning, thence South 89 degrees 58 minutes 27 seconds West 69.71 feet, thence North 01 degree 38 minutes 57 seconds East 12.37 feet, thence North 88 degrees 13 minutes 01 second East 69.58 feet, thence South 00 degrees 46 minutes 49 seconds West 14.50 feet to the Point of Beginning. Also a driveway easement located in said vacated West Alma Street more particularly described as follows: Beginning at the Northeast Corner of said Block 13, thence North 88 degrees 16 minutes 35 seconds West 69.90 feet, thence North 01 degree 38 minutes 57 seconds East 12.37 feet, thence North 89 degrees 58 minutes 27 seconds East 69.71 feet, thence South 00 degrees 46 minutes 49 seconds West 14.50 feet to the Point of Beginning;

Accordingly, **IT IS ORDERED** that the property be sold in satisfaction of the Judgment. Regions Bank d/b/a Regions Mortgage is entitled to foreclose all of its rights, title, and interest in and to the property at issue and to sell the property by judicial sale to satisfy the Judgment. If the Judgment awarded herein is not paid within 10 days after entry, then the United States Marshal for the Western District of Arkansas shall act as Commissioner and advertise the time, place, and terms of judicial sale according to law and this decree, at least once weekly for four (4) weeks prior to sale by publication in a newspaper having a general circulation in Boone County, Arkansas, by at least two insertions. The sale shall be conducted at the main door of the United States Courthouse, located at 35 East Mountain Street, Fayetteville, Arkansas 72701-5354, at public auction to the highest bidder on terms set forth hereafter.

**IT IS FURTHER ORDERED** that the terms of the foreclosure sale shall be cash at sale or on credit of not more than three months, or as otherwise allowed by Arkansas law, except as to Regions Bank d/b/a Regions Mortgage or its assignee(s), who shall be entitled to offset or credit bid against the judgment awarded herein. The foreclosure sale shall be to the highest bidder with prompt performance due, but if performance is not made, Regions Bank d/b/a Regions Mortgage shall be entitled, but not required, to enforce performance by any purchaser at a judicial sale or, without waiving damages or any of its rights against any non-performing bidder, to take the second highest bid (and so on) until the property is sold to a bidder. If no second highest bid exists as to the property, Regions Bank d/b/a Regions Mortgage may reschedule another sale without further order of the Court.

**IT IS FURTHER ORDERED** that the proceeds of the sale shall be applied: first, to the costs of sale; then, to payment of the Judgment in favor of Regions Bank d/b/a Regions Mortgage, including principal, interest, any attorney's fees and costs awarded, with the balance, if any, to be paid to the Clerk of the Court for deposit in an interest bearing account to be paid in such a manner as the Court may direct.

**IT IS FURTHER ORDERED** that upon confirmation of the sale ordered herein, the Marshal, acting as Commissioner, shall execute and deliver to the purchaser(s) a Commissioner's Deed conveying all title and interest in and to the property at issue. Upon receipt of such conveyance, the purchaser(s) shall be entitled to immediate possession of the property. The foreclosure sale shall constitute a perpetual bar to all right, title, interest, equity, estate, and legal or equitable right to redeem any interest the parties may have in the property, including all rights of dower, curtesy, and homestead. Upon

payment in full of the Judgment awarded, an authorized representative of Regions Bank d/b/a Regions Mortgage shall release the Judgment. The successful purchaser at sale is entitled to a Writ of Assistance if possession of the property is not relinquished upon issuance of the Commissioner's Deed. The Court retains jurisdiction to enter a Writ of Assistance if necessary, for Regions or another successful bidder to obtain possession of the property, and to grant all further relief.

**IT IS FURTHER ORDERED** that the Marshal provide the Court with a report confirming the judicial sale of the real property at issue. Once such is received, the case will be dismissed. Until such time, the Court retains jurisdiction to carry out and enforce the above orders.

**IT IS SO ORDERED** on this 1st day of December, 2023.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE